**United States District Court**
**Violation Notice**

CVB Location Code

Chey

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 2922904 | Vapenik | 3614 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 7-17-15  0730 | 38 CFR 1.218(b)(34)(i) |

Place of Offense

E. Henderson Dr.

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Defendant did exceed the posted
speed limit 25 mph in 15 mph
zone

**DEFENDANT INFORMATIO**

| Last Name | First Name | M.I. |
|---|---|---|
| Guzman | Rebecca | |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| DCW-0343 | TX | 06 | Toy Avalun | | blck |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 25⁰⁰    Forfeiture Amount

+ $25 Processing Fee

**PAY THIS AMOUNT →**    $ 50⁰⁰    Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| **FEDERAL COURTHOUSE** | 09/15/2015 |
| **2120 CAPITAL AVENUE** | Time (hh:mm) |
| **CHEYENNE, WY 82001** | 0930 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  *Rebecca Guz*

Rev. 01/2005            Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on Jul 17, 2015 while exercising my duties as a law enforcement officer in the Laramie District of Wyoming

See attached affidavit.

The foregoing statement is based upon:

☑ my personal observation    ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/17/2015
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;  **CDL** = Commercial drivers license;  **CMV** = Commercial vehicle involved in incident